**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                )
**FEDERAL TRADE COMMISSION,**   )
                                                )
      **Plaintiff,**          )
                                                )
      **v.**                         )   Civil Action No. 10-2053 (RWR)
                                                )
**LABORATORY CORPORATION OF** )
**AMERICA, et al.,**                   )
                                                )
      **Defendants.**        )
_____)

**ORDER**

For the reasons set forth on the record orally in the hearing held in this case today, it is hereby

ORDERED that the defendants' motion [#6] to dismiss or to transfer venue be, and hereby is, GRANTED IN PART. The Clerk shall TRANSFER this case to the United States District Court for the Central District of California, Southern Division, FORTHWITH. The remaining pending motions shall be left for decision by the transferee court.

SIGNED this 3rd day of December, 2010.


                                        _____/s/_____
                                        RICHARD W. ROBERTS
                                        United States District Judge